```
 1  Carl E. Larson, Esq.
    9490 Golden Gate Avenue
 2  Orangeade, California 95825
    Telephone: (916) 989-9226
 3
 4
    Attorney for Defendant
 5  JESUS MUNOZ-CASTANON
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )   Cr.S. 09-407-FCD
                                   )
12              Plaintiff,         )
                                   )   PROPOSED ORDER TO
                                   )   TEMPORARILY RELEASE
13       v.                        )   PASSPORT
                                   )
14  JESUS MUNOZ-CASTANON,          )
                                   )
15              Defendant.         )
                                   )
16  _____ )
```

FILED
NOV 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Jesus Munoz Castanon is an American citizen. He was released on an unsecured appearance bond in the above entitled action in September of this year in the District of Nevada, Reno. He was ordered to surrender his passport to the Pretrial Services Office in Reno. They still possess the passport. The next court date is February 8. 2010. Mr. Munoz is in the process of obtaining health insurance for his two infant sons, aged three and one year. He needs to present proof of citizenship. The exhibit of the passport would establish his citizenship. It is proposed that a government agent, DEA or a similar agent, obtain possession of the passport and take it to the requisite office and return it to the Reno Pretrial Service Office. Assistant United States Attorney, Samuel Wong has no objection to this procedure. Time is of the essence. Defense

```
 1  counsel will fax this order to the Reno Pretrial Service Office after it
 2  is signed.  A proposed order follows for the Court's convenience.
 3  Dated:  November 16, 2009
 4                                      Respectfully submitted,
 5
 6
                                        /S/ Carl E. Larson
 7                                      _____
                                        CARL E. LARSON
 8                                      Assistant Federal Defender
 9
```

### O R D E R

The Pretrial Services Office in Reno is to temporarily release the Passport to a government agent and transport it to the appropriate office for insurance verification and return it to the Pretrial Service Office.

Dated: 11/16/09

Dale A. Drozd
HONORABLE ~~FRANK C. DAMRELL~~ DALE A. DROZD
~~SENIOR UNITED STATES~~ U.S. MAGISTRATE JUDGE
~~DISTRICT COURT JUDGE~~