MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL ROCIO ARCEO-RANGEL, ET AL.,<br><br>Defendants. | CASE NO. 2:09-CR-407 KJM<br><br>PLAINTIFF'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT JESUS MUNOZ-CASTANON ONLY AFTER SUCCESSFUL COMPLETION OF DEFERRED PROSECUTION AGREEMENT, AND ORDER THEREON |

Plaintiff United States of America, by its counsel, McGregor W. Scott, United States Attorney for the Eastern District of California, and Samuel Wong, Assistant United States Attorney, hereby moves to dismiss without prejudice the Indictment in this case against defendant Jesus Munoz-Castanon only on the grounds that: (1) the parties had previously entered into a deferred prosecution agreement calling for the dismissal without prejudice of the Indictment against Munoz-Castanon only upon Munoz-Castanon's successful completion of the deferred prosecution term; and (2) Munoz-Castanon has successfully completed that term as of October 12, 2016.

///

///

///

1

Counsel for Munoz-Castanon, Carl Larson, Esq., informed the undersigned prosecutor on March 18, 2019, that Munoz-Castanon has no objection to the dismissal of the Indictment against Munoz-Castanon only.

DATED: _March 18, 2019

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Samuel Wong*

SAMUEL WONG
Assistant United States Attorney

## ORDER

The Court having received, read, and considered the motion of plaintiff United States of America to dismiss without prejudice the Indictment against defendant Jesus Munoz-Castanon only, and good cause appearing therefrom, it is hereby ORDERED that the United States' motion is granted.

The Indictment against defendant Jesus Munoz-Castanon only is hereby dismissed without prejudice.

It is so ORDERED.

DATED: March 19, 2019.

UNITED STATES DISTRICT JUDGE